885 A.2d 952

ALLIANCE FOR DISABLED IN ACTION, INC., (ADA), A NEW JERSEY NOT–FOR–PROFIT CORPORATION, ON ITS OWN BEHALF AND ON BEHALF OF THE CLASS, PLAINTIFF–RESPONDENT, v. CONTINENTAL PROPERTIES AND EDISON TYLER VILLAGES, L.L.C., DEFENDANTS–APPELLANTS, AND CONSTRUCTION OFFICIAL OF THE TOWNSHIP OF EDISON AND SULLIVAN ASSOCIATES, INC., ARCHITECTS AND PLANNERS, DEFENDANTS.

Argued May 2, 2005—Decided December 1, 2005.

*David M. Hutt* argued the cause for appellants (*Hutt & Shimanowitz,* attorneys; *Mr. Hutt, Stewart M. Hutt and Jonathan G. Burnham,* on the briefs).

*David J. Popiel* argued the cause for respondent (*Harold B. Garwin,* President, Community Health Law Project, attorney).

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in Judge Wefing's written opinion of the Appellate Division, reported at 371 *N.J.Super.* 398, 853 *A.2d* 328 (2004).

*For affirmance*—Chief Justice PORITZ and Justices LONG, LaVECCHIA, ZAZZALI, ALBIN, WALLACE, and RIVERA-SOTO—7.

*Opposed*—None.